908 F.2d 963
 McNamee (Patrick J., Josephine)
v.
Celotex Corp., Eagle Picher Industries Inc., Fibreboard
Corp., Flexitallic Gasket Company, GAF Corp., Hopeman
Brothers Inc., National Gypsum Company, Owens-Corning
Fiberglass Company, Owens-Illinois Glass Company, Raymark
Industries, Inc., Southern Textile Corp., Turner & Newall
Ltd., Forty Eight Insulations Inc., U.S. Gypsum Company
 NO. 90-5043
 United States Court of Appeals,
Third Circuit.
 JUN 28, 1990
 
 1
 Appeal From: D.N.J.
 
 
 2
 AFFIRMED.